GRAVES, The WILLIAM T.  See Cases Nos. 17,758 and 17,759.

## Case No. 5,711.

### GRAVIER v. NEW ORLEANS.

[See 11 Mart. (La.) 620.]